BEFORE THE SECOND DIVISION, MAY 3, 1967

No. P67/139.—J. Gerber & Co., Inc. v. United States, protest 66/3315 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp v. United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 3, 1967

No. P67/140.—Aloha Factors and American Customs Brokerage Co. et al. v. United States, protests 64/19065, etc. (Honolulu).

RICHARDSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Iso peanuts, peanut crackers, and Japanese rice crackers similar in all material respects to those the subject of *Hilo Rice Mill Co., Ltd., American Customs Brokerage Company et al.* v. *United States* (52 CCPA 106, C.A.D. 866), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MAY 4, 1967

No. P67/141.—Ashear Bros., Inc., et al. v. United States, protests 66/1010, etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of silk handkerchiefs similar in all material respects to those the subject of *Ashear Bros., Inc.* v. *United States* (55 Cust. Ct. 238, C.D. 2582), the claim of the plaintiffs was sustained.